UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEON BLOUNT III,<br><br>Defendant | Criminal No.   23cr10011<br><br>Violations:<br><br><u>Count One</u>: Sex Trafficking by Force, Fraud, or Coercion<br>(18 U.S.C. §§ 1591(a)(1) and (b)(1))<br><br><u>Counts Two–Four</u>: Transportation of a Minor with Intent to Engage in Criminal Sexual Activity<br>(18 U.S.C. § 2423(a))<br><br><u>Sex Trafficking Forfeiture Allegation</u>:<br>(18 U.S.C. § 1594(d))<br><br><u>Transportation Forfeiture Allegation</u>:<br>(18 U.S.C. §§ 981(a)(1)(C), 2428(a) and 28 U.S.C. § 2461(c)) |

<u>INDICTMENT</u>

<u>COUNT ONE</u>
Sex Trafficking by Force, Fraud, or Coercion
(18 U.S.C. §§ 1591(a)(1) and (b)(1))

The Grand Jury charges:

From in or around January 2022 and continuing through on or about September 23, 2022, in the District of Massachusetts, the District of Connecticut, the Eastern District of New York, and elsewhere, the defendant,

LEON BLOUNT III,

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means Jane Doe 1, a person known to the Grand Jury, knowing and

1

in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Jane Doe 1 to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT TWO
Transportation of a Minor with Intent to Engage in Criminal Sexual Activity
(18 U.S.C. § 2423(a))

The Grand Jury further charges:

On or about July 21, 2022, in the District of Massachusetts, the Eastern District of New York, and elsewhere, the defendant,

## LEON BLOUNT III,

did knowingly transport Jane Doe 2, a person known to the Grand Jury who had not attained the age of 18 years, in interstate commerce, that is, between Massachusetts and New York, with the intent that Jane Doe 2 engage in prostitution.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT THREE
Transportation of a Minor with Intent to Engage in Criminal Sexual Activity
(18 U.S.C. § 2423(a))

The Grand Jury further charges:

Between on or about July 29, 2022, and on or about August 2, 2022, in the District of Massachusetts, the Eastern District of New York, and elsewhere, the defendant,

### LEON BLOUNT III,

did knowingly transport Jane Doe 2, a person known to the Grand Jury who had not attained the age of 18 years, in interstate commerce, that is, between New York and Massachusetts, with the intent that Jane Doe 2 engage in prostitution.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT FOUR
Transportation of a Minor with Intent to Engage in Criminal Sexual Activity
(18 U.S.C. § 2423(a))

The Grand Jury further charges:

Between on or about August 7, 2022, and on or about August 8, 2022, in the District of Massachusetts, the District of Connecticut, and elsewhere, the defendant,

## LEON BLOUNT III,

did knowingly transport Jane Doe 2, a person known to the Grand Jury who had not attained the age of 18 years, in interstate commerce, that is, between Massachusetts and Connecticut, with the intent that Jane Doe 2 engage in prostitution.

All in violation of Title 18, United States Code, Section 2423(a).

## SEX TRAFFICKING FORFEITURE ALLEGATION
(18 U.S.C. § 1594(d))

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 1591, set forth in Count One, the defendant,

## LEON BLOUNT III,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such offense, and any property traceable to such property; and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offense, and any property traceable to such property.

2. If any of the property described in paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 1594(d), as a result of any act or omission of the defendant–

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 18, United States Code, Section 1594(d).

## TRANSPORTATION FOR PROSTITUTION FORFEITURE ALLEGATION
(18 U.S.C. §§ 981(a)(1)(C), 2428(a) and 28 U.S.C. § 2461(c))

1.  Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 2423, set forth in Counts Two through Four, the defendant,

## LEON BLOUNT III,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), and Title 28, United States Code, Section 2461(c), any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense; and, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Section 2428(a), and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offense.

2.  If any of the property described in paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 2428(a), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant–

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2428(a), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

BRIAN A. FOGERTY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: January 12, 2023
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK